IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBINS,<br>    Plaintiff,<br><br>v.<br><br>BIMBO FOODS BAKERIES DISTRIBUTION, INC.,<br>    Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 12-5392 |

**O R D E R**

**AND NOW**, this __28th__ day of October 2013, upon consideration of Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF 17), and Plaintiff Kirk Robins' response thereto (ECF 19), and Defendant's Reply to the Motion to Dismiss (ECF 20), and for the reasons set forth in the accompanying memorandum, it is hereby

**ORDERED**

that Defendant's Motion to Dismiss is GRANTED and Plaintiff's Second Amended Complaint is DISMISSED, with prejudice, in its entirety.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-5392 robbins v. bimbo foods\12cv5392.102813.order.mtd.docx